Pro Se 14 (INND Rev. 2/20)

page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

RAVEON HARRELL,

[You are the PLAINTIFF, print your full name on this line.]

v.

DR. NANCY MARTHAIS,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:22-cv-606

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] DR. NANCY MARTHAIS | INDIANA STATE PRISON ONE PARK ROW MICHIGAN CITY, IN, 46360 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __ONE__

2. What is the name and address of your prison or jail? __INDIANA STATE PRISON ONE PARK ROW, MICHIGAN CITY, IN, 46360__

3. Did the event you are suing about happen there? ●Yes. ○No, it happened at: _____

4. On what date did this event occur? __September 13, 2021__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT:** Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 9-13-2021 I filed a grievance over lack of Medical treatment for a painful hernia that had disrupted my physical activities for over a year. Dr. Marthakis determined I had a hernia in August 2020 and gave me a hernia belt. I continued to describe pain and loss of function until I was provided X-rays and ultrasound in August and September 2021, whereupon Dr. Marthakis determined I had no hernia even though the hernia still protruded through the abdominal wall. Dr. Marthakis allowed me to keep the hernia belt. I continued to complain of serious pain but was not treated, and Dr. Marthakis told me in writing to treat myself by going to commissary.
   After repeated complaints, and with the hernia still protruding family members contacted IDOC Central Office, and they arranged for me to get a CT scan on 2-9-2022. The CT scan by Franciscan Health Hospital, in Michigan City found a hernia that required surgery. I was diagnosed with an umbilical hernia and a swollen liver. Despite continued pain and loss of activity, surgery did not occur until 5-13-2022.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## Claims and Facts (continued)

From the time when Dr. Marthakis diagnosed a hernia in August 2020 until the time I had surgery in May 2022 was 21 months. I endured pain and an inability to work or excercise as I would normally do. This caused a weight gain from 217 pounds to 254 pounds. I still cannot play basketball, lift weights, run, or bend over. I still need assistance to put on socks and shoes. Throughout 21 months I experienced acute pain 24 hours a day such that it disrupted my sleep and sleeping position the entire time. My contention is that these injuries were unnecessarily caused by Dr. Marthakis's deliberate indifference to a serious medical need that she definitely knew about and left untreated.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Compensatory Damages for Pain and suffering incurred

[Initial Each Statement]
- RH  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- RH  I will keep a copy of this complaint for my records.
- RH  I will promptly notify the court of any change of address.
- RH  I WILL NOT send more than one copy of any filing to the court.
- RH  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- RH  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __7__/__25__/20__22__ at __11__ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Raveon Harrell_                                    _128441_
Signature                                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]